**Order entered September 28, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00047-CV

### STEVEN K. TOPLETZ, Appellant

### V.

### RAYGAN WADLE, AS INDEPENDENT EXECUTOR OF THE ESTATE OF LYNDA WILLIS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-03100-2020**

## ORDER

Before the Court is appellee's September 24, 2021 unopposed second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 25, 2021. As appellee's brief was first due August 25, 2021, we caution that further extension requests will be disfavored.

/s/ CRAIG SMITH
JUSTICE